OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 25, 2018

Angela J. Campbell  Esq.
Institute for Public Representation, Georgetown Law
600 New Jersey Avenue, N.W., Suite 312
Washington, DC20001

James A. Graves  Esq.
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC20001

Cheryl A. Leanza  Esq.
Best Best & Krieger
2000 Pennsylvania Avenue, Suite 5300
Washington, DC20006

Andrew J. Schwartzman  Esq.
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC20001

RE: In re: Prometheus Radio Project, et al
Case Number: 18-1167
District Case Number: FCC 16-107
District Case Number: FCC 17-156

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition filed by Prometheus Radio Project, Media Mobilizing Project, docketed at No. **18-1167**. Any inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov.

The docketing fee in the amount of $500.00 has been paid. A receipt for the fee is enclosed.

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing that a response be filed.

Counsel for Petitioner must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed on or before **02/08/2018**.

Counsel for Respondent(s) must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed on or before **02/08/2018**.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Marianne
Legal Assistant
267-299-4911

cc:
Thomas M. Johnson Jr., Esq.
Jeff Sessions, Esq.